80 A.3d 742

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JULIE KUROPCHAK, DEFENDANT–PETITIONER.

November 13, 2013.

ORDERED that the petition for certification is granted, limited solely to the issues in the petition pertaining to the admissibility of the documentary evidence and the Alcotest results, and the sufficiency of the observational evidence.

---

80 A.3d 743

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
PHILLIP E. WYLIE, DEFENDANT–PETITIONER.

November 19, 2013.

A petition for certification of the judgment in A–003672–11 having been submitted to this Court, and the Court having considered the petition and the State's responding papers and having determined that a remand is required; it is hereby

ORDERED that the matter is remanded to the sentencing court for a statement of reasons in accordance with *State v. Roach*, 146 *N.J.* 208, 680 *A.*2d 634 (1996) regarding the disparity in sentence between defendant and his codefendants. Jurisdiction is retained.